**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
JOHN ERIC BROWN,                )    No. CV 08-6414 CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: January 12, 2010

_____
CARLA M. WOEHRLE
United States Magistrate Judge