1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  John Eric Brown

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN ERIC BROWN,              ) Case No.: CV 08-06414 CW
                                  )
12 |       Plaintiff,              ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
13 |    vs.                        ) ATTORNEY FEES PURSUANT TO
                                  ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,            )
   | Commissioner of Social Security, )
15 |                               )
   |       Defendant               )
16 |                               )
   |                               )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay the

20 amount of $3,400.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of

21 the above-referenced Stipulation.

22 DATE:  July 26, 2010

23                    _____/S/_____
                     THE HONORABLE CARLA WOEHRLE
24                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Steven G. Rosales*
_____
4 | Steven G. Rosales
Attorney for plaintiff John Eric Brown

-2-